# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAFARI SHAILE LAWRENCE,<br><br>Defendant. | Criminal Case: 1:17-cr-00083-SWS-2 |

## ORDER GRANTING MOTION TO VACATE STATUS CONFERENCE

This matter having come before the Court on Plaintiff's Motion to Vacate Status Conference (ECF No. 225), and the Court having read the file and being otherwise fully advised, finds that the Motion should be **GRANTED**.

IT IS ORDERED that the status conference set for February 24, 2023, at 10:00 AM, is **hereby VACATED.**

DATED this 24th day of February 2023.

HON. SCOTT W. SKAVDAHL
Chief United States District Judge